IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
DEC - 2 2011
CLERK, US DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| WILLIAM DALE, representative for MARCIA DALE NUTT  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>NCO FINANCIAL SYSTEMS, INC.  )<br>)<br>Defendant.  ) | Civil Action No.: 2:11cv450 |

## ORDER OF DISMISSAL

NOW COME the parties, William Dale, representative for Marcia Dale Nutt, and NCO Financial Systems, Inc., by counsel, and represented that this pending matter has been settled. For good cause shown, and by agreement of the parties, it is hereby

ORDERED that this matter is hereby dismissed, with prejudice, and the matter shall be removed from the docket.

/s/
Robert G. Doumar
Senior United States District Judge

ENTERED: 12/2/2011

_____
Judge

SEEN AND AGREED:

_____
John S. Wilson, Esquire
WILSON & MCINTYRE, PLLC
500 East Main Street, Suite 920
Norfolk, Virginia 23150
757-961-3900 (T)
*Counsel for Plaintiffs*

_____
William D. Bayliss, Esq.
WILLIAMS MULLEN
200 South 10th Street
P.O. Box 1320
Richmond, VA 23218-1320
*Counsel for Defendant*